JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SCOTT CANFIELD, ) | Case No. ED CV 08-298 MMM (CT) |
| Petitioner, ) | |
| ) | **J U D G M E N T** |
| v. ) | |
| DERRAL ADAMS, Warden, ) | |
| Respondent. ) | |

In accordance with the report and recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the petition for writ of habeas corpus is denied and this action is dismissed with prejudice.

DATED: January 29, 2010

MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE